

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
**CLERK**                                                                                                       (312) 435-5691

June 29, 2012

Ms. Terry Nafisi, Clerk

United States District Court

United States Courthouse

312 North Spring Street, Room G-8 MNT

Los Angeles, CA 90012-4701

RE:   Oplus Technologies, Ltd. vs. Vizio, Inc.  (Only)
Case No:   11 C 8539

Dear Clerk:

Pursuant to the order entered by Judge Robert M. Dow, Jr. on June 15, 2012,  the above record
■   was electronically  transmitted to USDC for the Central District of of California.

Sincerely yours,
**Thomas G. Bruton, Clerk**

By:___/s/____
         Deputy Clerk

tlm

cc