IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD<br><br>               Plaintiff,<br><br>   v.<br><br>SEARS HOLDINGS CORPORATION and VIZIO, INC.<br><br>               Defendants. | Civil Action No. 1:11-cv-8539<br><br>Honorable Robert M. Dow, Jr.<br><br>Magistrate Judge Michael T. Mason<br><br>Jury Trial Demanded |

**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT**

WHEREAS Plaintiff Oplus Technologies, Ltd. ("Oplus") brought the present action against Defendants VIZIO, Inc. ("VIZIO") and Sears Holdings Corporation ("Sears") in the Northern District of Illinois alleging infringement of U.S. Patent Nos. 6,239,842 ("the '842 Patent") and 7,271,840 ("the '840 Patent");

WHEREAS this Court recognized that "Oplus's claims against Sears depend on Vizio's liability" and that "the resolution of the Vizio action could potentially eliminate the claims against Sears." (Dkt. No. 44.);

WHEREAS on June 15, 2012, this Court granted VIZIO's motion to sever and transfer the claims against VIZIO and stay the claims against Defendant Sears. (Dkt. No. 44.);

WHEREAS this Court transferred Oplus' claims against VIZIO to the United States District Court for the Central District of California. (*Id.*);

WHEREAS this Court also issued a docket entry stating that "[t]he parties are directed to notify the Court as soon as a dispositive ruling has been issued, at which time the stay will be lifted and the case will proceed." (Dkt. No. 45.);

WHEREAS on October 2, 2013, Judge Pfaelzer, in the Central District of California, granted VIZIO summary judgment of noninfringement with respect to the '842 and '840 Patents and also granted VIZIO summary judgment of invalidity with respect to the '842 Patent. (Order attached hereto as Exhibit A.)

WHEREAS on October 17, 2013, Judge Pfaelzer entered final judgment of noninfringement of the '842 and '840 Patents and invalidity of the '842 Patent in favor of VIZIO. (Judgment attached hereto as Exhibit B.)

In light of the final judgment entered in favor of VIZIO, Plaintiff Oplus and Defendant Sears, by their undersigned counsel, hereby stipulate that all claims be dismissed with prejudice.

A proposed stipulated order dismissing all claims in this case with prejudice is attached.

JOINTLY AGREED TO AND SUBMITTED BY:

DATED:     March 18, 2014

/s/ *Adrian M. Pruetz*
Adrian M. Pruetz
apruetz@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: 310-282-6250
Fax: 310-785-3550

*Attorneys for Defendants*
*VIZIO, Inc. and Sears Holdings Corporation*

DATED: March 18, 2014 /s/ *Arthur A. Gasey*
Raymond P. Niro (rniro@nshn.com)
Arthur A. Gasey (gasey@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

*Attorneys for Plaintiff*
*Oplus Technologies, Ltd.*

4

**<u>CERTIFICATE OF SERVICE</u>**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5 on March 18, 2014. Any other counsel of record will be served by First Class U.S. Mail on this same date.

                 /s/ Adrian M. Pruetz
                 Adrian M. Pruetz