# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Oplus Technologies, Ltd.,

Plaintiff(s),

v.

Sears Holdings Corporation, ,

Defendant(s).

Case No. 11 cv 8539

Judge

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Sears Holdings Corporation
and against plaintiff(s) Oplus Technologies, Ltd.

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge     on a motion

Date: 3/18/2014

Thomas G. Bruton, Clerk of Court

/s/Theresa Kinney, Deputy Clerk