# IN THE UNITED STATES DISRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OPLUS TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOLDINGS CORPORATION and VIZIO, INC., <br><br> Defendants. | Case No. 11-cv-8539 <br><br> Judge Robert M. Dow, Jr. |

### DEFENDANT VIZIO, INC.'S MOTION FOR ATTORNEYS' FEES AND EXPENSES PURSUANT TO 35 U.S.C. § 285, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWER

867172.1

Defendant VIZIO, Inc. ("VIZIO") moves this Court pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power to recover the attorneys' fees and expenses it was forced to incur on behalf of itself and its customer and indemnitee, Defendant Sears Holdings Corporation ("Sears"), in staying Plaintiff Oplus Technologies, Ltd.'s ("Oplus") objectively baseless claims against Sears and severing and transferring Oplus' claims against VIZIO to an appropriate forum.

This Motion is brought on the following grounds:

(1) Oplus engaged in impermissible forum shopping by suing Sears, solely to secure a venue convenient to Oplus' counsel;

(2) Oplus' complaint against Sears was frivolous and objectively baseless when filed; and

(3) Oplus' counsel should be sanctioned for knowingly bringing and maintaining a frivolous and objectively baseless litigation and engaging in impermissible forum shopping.

VIZIO's Motion is based upon the Notice of Motion, this Motion, the accompanying Memorandum of Points and Authorities, the declaration of Adrian M. Pruetz, and upon such other and further evidence and argument as may be presented at or before the hearing on this Motion.

Dated: April 1, 2014

/s/ Adrian M. Pruetz
Adrian M. Pruetz
apruetz@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
Phone: 310-282-6250
Fax: 310-282-3550

*Counsel for Defendant*
*VIZIO, Inc.*

867172.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5 on April 1, 2014. Any other counsel of record will be served by First Class U.S. Mail on this same date.

/s/ Adrian M. Pruetz
Adrian M. Pruetz

867172.1